# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELIZABETH KAY CARLEY,<br>Petitioner,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69560 |

FILED

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to reverse its decision to deny a postconviction petition for a writ of habeas corpus. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Elizabeth Kay Carley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We deny the motion for copies at State's expense.

16-08548